# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Exide Holdings, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-11157 (CSS)<br><br>(Jointly Administered) |
| Peter Kravitz, as GUC Trustee of the<br>GUC Trust of Exide Holdings, Inc., *et al*.,<br><br>Plaintiff,<br><br>vs.<br><br>Phoenixx, L.P.,<br><br>Defendant. | Adv. No. 21-50687 |

## CERTIFICATE OF SERVICE

I, Gary D. Underdahl, Esq., hereby certify that on August 31, 2023, a copy of *REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT WITH RESPECT TO PLAINTIFF'S CLAIMS AGAINST DEFENDANT, PHOENIXX, L.P.* were caused to be served via first class mail upon the party listed below:

| | |
|---|---|
| Evan T. Miller (No. 5364)<br>BAYARD, P.A.<br>600 N. King Street, Suite 400<br>Wilmington, DE 19801<br>Telephone: (302) 655-5000<br>Facsimile: (302) 658-6395<br>Email: emiller@bayardlaw.com<br>     sadler@bayardlaw.com | Robert E. Dauer, Jr.<br>MEYER, UNKOVIC & SCOTT LLP<br>Henry W. Oliver Building<br>535 Smithfield Street, Suite 1300<br>Pittsburgh, PA 15222-2315<br>Telephone: (412) 456-2800<br>Facsimile: (412) 456-2864<br>Email: red@muslaw.com |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are Exide Holdings, Inc. (5504), Exide Technologies, LLC (2730), Exide Delaware LLC (9341), Dixie Metals Company (0199), and Refined Metals Corporation (9311). The Debtors' mailing address is 13000 Deerfield Parkway, Building 200, Milton, Georgia 30004.

| | |
|---|---|
| Dated: August 31, 2023<br>Primary Counsel | **ASK LLP**<br><br>Gary D. Underdahl<br>2600 Eagan Woods Drive, Suite 400<br>St. Paul, MN 55121<br>Telephone: (651) 289-3846<br>Fax: (651) 406-9676<br>Email: gunderdahl@askllp.com<br><br>and |
| Delaware Counsel<br>(Please contact primary counsel.) | **CONNOLLY GALLAGHER LLP**<br><br>/s/  *Lisa Hatfield*<br>Lisa Hatfield (#4967)<br>1201 North Market Street, 20th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 888-6313<br>Email: lhatfield@connollygallagher.com<br><br>***Counsel for Plaintiff, Peter Kravitz, as GUC Trustee of the GUC Trust of Exide Holdings, Inc., et al.*** |